UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CRIMINAL ACTION
NO. 10-20338

HON. PAUL D. BORMAN

(3) Franklin Baquedano

        Defendant.
_____/

## ORDER ALLOWING EXTENDED VISITATION

On October 29, 2010, a Motion to allow extended visitation. The motion indicates that defendant's mother is visiting from Honduras and will only be here for several weeks. Counsel for the government has no objection.

Therefore; IT IS ORDERED that defendant's mother is permitted to visit defendant in the St. Clair County Jail three times per week for sixty minutes at a time.

SO ORDERED.

        S/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: November 4, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 4, 2010.

                                                              S/Denise Goodine
                                                               Case Manager